UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN DAVIS,<br><br>         Petitioner,<br><br>v.<br><br>ROB BONITA, California Attorney General,<br><br>         Respondent. | Case No.: 21-CV-2042 JLS (BGS)<br><br>**ORDER DENYING AS MOOT PETITIONER'S MOTON FOR DISQUALIFICATION OF JUDGE**<br><br>(ECF No. 10) |

   Presently before the Court is Petitioner Gavin Davis's Motion for Disqualification of Judge Sammartino Pursuant to 28 U.S.C. §§ 144, 455 (ECF No. 10).  The Court dismissed Mr. Davis's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 for lack of jurisdiction (ECF No. 6) and denied Mr. Davis's Motion for Relief from Judgment (ECF No. 11).  Mr. Davis appealed, and the Ninth Circuit denied his request for a certificate of appealability and subsequent requests for reconsideration (ECF Nos. 14, 15).  Based on the

///

///

///

///

foregoing, the Court **DENIES AS MOOT** Petitioner's Motion for Disqualification.  This case remains closed.

     **IT IS SO ORDERED.**

Dated:  April 11, 2022

                                                  Hon. Janis L. Sammartino
                                                  United States District Judge